UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )   CRIMINAL NO. 1:24-mj-7297
                                    )
HENRY EZEONYIDO,                    )
      Defendant                     )

**DEFENDANT'S MOTION TO VACATE CONDITION OF RELEASE REQUIRING NOTIFICATION OF EMPLOYER ABOUT CHARGE**

Now comes the Defendant, *Henry Ezeonyido,* by and through undersigned counsel, and respectfully requests this Honorable Court vacate (7)(t) ordering the Defendant to "Notify employer of the instant offense and provide evidence of the same to probation by July 18, 2024."

In support of his Motion, the Defendant made his initial appearance in the District of Massachusetts on July 11, 2024.  He was ordered released on conditions of release. One of the conditions of his release (7)(t), required him to "Notify employer of the instant offense and provide evidence of the same to probation by July 18, 2024."  The Defendant seeks to vacate this condition as it not necessary to reasonably assure his appearance, nor does imposition of the condition endanger the safety of any other person or the community.  18 U.S.C. § 3142(c).

The Defendant has been charged via complaint with Health Care Fraud in violation of 18 U.S.C. § 1347.  At his initial appearance, neither the Government, or Probation sought to have the Defendant detained pending trial.  The Court ordered the

release of the Defendant with conditions.  The condition to notify his employer is almost certain to have a negative impact on his employment.  The Defendant is the father of three young children, ages 8, 7 and 3 that he is responsible for their care.  In addition, the Defendant has a mortgage on his home.

    He has been charged in the above-referenced complaint.  He has not been adjudicated guilty of the crime.  He is presumed to be innocent, unless and until the Government proves his guilt beyond a reasonable doubt.

    Given the Defendant's financial need to work during the pendency of the case and the negative impact that it may have on his employment, the Defendant respectfully requests this Honorable Court vacate the condition requiring him to inform his employer of the charge in this case.

    The Defendant requests a Hearing on this matter.

    Further, the Defendant requests a stay of the requirement to inform his employer until a hearing on this matter or until the court rules on this motion.  The Government objects to this modification.  Probation takes no position on the Motion.

DATE:  July 18, 2024

Respectfully submitted,
Henry Ezeonyido
By his attorney,

<u>/s/ Jeffrey Miller</u>
Jeffrey Miller, Esq.
60 Leo Birmingham Pkwy., Ste. 103
Boston, MA 02135
BBO # 670561
(617) 482-5799
jmiller@millercriminaldefense.com

## CERTIFICATE OF SERVICE

I, Jeffrey Miller, hereby certify that this document, filed through the ECF System, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF), and that papers will be sent to all non-registered participants who have appeared in this case.

/s/ Jeffrey Miller
Jeffrey Miller
